482 A.2d 1276

Rita KEARNS, Appellant

v.

UNIVERSITY OF PENNSYLVANIA HOSPITAL, DIVISION OF The TRUSTEES OF The UNIVERSITY OF PENNSYLVANIA and Fitzgerald Mercy Division, Mercy Catholic Medical Center and A.H. Robins Company.

Supreme Court of Pennsylvania.

Argued Oct. 24, 1984.

Decided Nov. 5, 1984.

Allen L. Feingold, Philadelphia, for appellant.

Barton L. Post, Allan C. Molotsky, Philadelphia, for Fitzgerald Mercy Div., Mercy Catholic Medical Center.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.